1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

5  Attorney for Plaintiff

8  IN THE UNITED STATES DISTRICT COURT FOR

9  THE EASTERN DISTRICT OF CALIFORNIA

11 LADONNA HILL                          )    CASE NO.  2:07-CV-203 GEB EFB
                                          )
12                 Plaintiff,             )
                                          )
13                                        )
   v.                                     )    NOTICE AND ORDER OF
14                                        )    SUBSTITUTION OF COUNSEL
                                          )    FOR PLAINTIFF
15 COMMISSIONER OF                        )
        SOCIAL SECURITY                   )
16                                        )
                   Defendant.             )
17 _____)

19      TO THE DEFENDANT AND HIS ATTORNEY:

20      PLEASE TAKE NOTICE Ladonna Hill, Plaintiff in the above-captioned case, hereby

21 substitutes CHARLES D. OREN, whose office address and telephone number are noted above,

22 as her counsel, in the place and stead of GINA FAZIO.

25 Dated: May 21, 2007                        /s/ Ladonna Hill
                                              LADONNA HILL

27 Dated: May 21, 2007                        /s/ Charles D. Oren
                                              CHARLES D. OREN, ESQ.
28                                            Attorney for Plaintiff

1  Dated: May 21, 2007                    /s/ Gina Fazio
                                          GINA FAZIO, ESQ.
2

3  IT IS SO ORDERED.

4  Dated:  May 23, 2007

5

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28