1  Charles D. Oren, Esq. #103038
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA HILL, | 2:07-CV-203 EFB |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 7 day extension of time, until October 22, 2007, in which to file and serve Plaintiff's Summary Judgement brief.  All remaining actions under the scheduling order filed, February 7, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

1 | Dated:  October 15, 2007            /s/ Charles D. Oren

2 | CHARLES D. OREN,
Attorney for Plaintiff.

3 | Dated: October 16, 2007

4 | MCGREGOR SCOTT
United States Attorney

5 |

6 | By: /s/ Amita Bayman
(as authorized via facsimile)
AMITA BAYMAN

7 | Assistant Regional Counsel

8 |   IT IS SO ORDERED.

9 | Dated:  October 17, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE