IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LADONNA HILL,

        Plaintiff,                           No. CIV S-07-0203 GEB EFB

    vs.

MICHAEL J. ASTRUE,               ORDER TO SHOW CAUSE
Commissioner of Social Security,

        Defendant.
                                   /

        Plaintiff filed her complaint in this action on January 30, 2007, and on September 13, 2007, defendant filed with the court, and served upon plaintiff his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order, plaintiff was required to file a motion for summary judgment and/or remand within forty-five days after service of the answer and administrative transcript. Plaintiff has failed to do so, despite two extensions of time granted by the court.

        Accordingly, plaintiff is ordered to show cause in writing within fifteen days from the date of service of this order why this case should not be dismissed for lack of prosecution.

////

////

1

1 Failure to timely file the required writing will result in a recommendation that the case be
2 dismissed.
3      SO ORDERED.
4 DATED:  November 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE