IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LADONNA HILL,

    Plaintiff,                    No. CIV S-07-0203 GEB EFB

    vs.

MICHAEL J. ASTRUE,            ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

On November 5, 2007, after plaintiff failed to file her motion for summary judgment by the October 29, 2007, extended deadline, the court ordered plaintiff to show cause in writing within fifteen days of that order why the case should not be dismissed for lack of prosecution. Although plaintiff filed her motion for summary judgment on November 16, 2007, she did not respond to the court's order to show cause, nor did she include any explanation for her delay in the motion itself. Accordingly, the court orders plaintiff to show cause in writing within five (5) days why sanctions should not issue for her failure to timely respond to the previous order to show cause.

    SO ORDERED.

DATED: December 3, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE