IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LADONNA HILL,

     Plaintiff,                      No. CIV S-07-0203 GEB EFB

     vs.

MICHAEL J. ASTRUE,           ORDER DISCHARGING ORDER
Commissioner of Social Security,   TO SHOW CAUSE

     Defendant.
_____/

     The court is in receipt of plaintiff's response to the order to show cause. Good cause appearing, the order is hereby discharged.

     SO ORDERED.

DATED: December 14, 2007.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE