1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LA DONNA D. HILL,

11          Plaintiff,                    2:07-cv-0203-GEB-EFB

12      vs.

13  MICHAEL J. ASTRUE,                    ORDER
    Commissioner of Social Security,
14
            Defendant.
15  _____/

16          On August 7, 2008, the magistrate judge filed findings and recommendations

17  herein which were served on the parties and which contained notice that any objections to the

18  findings and recommendations were to be filed within ten days.  No objections were filed.

19           Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20  United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22  1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24  concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25          Accordingly, IT IS ORDERED that:

26  /////

1

1        1. The Proposed Findings and Recommendations filed August 7, 2008, are

2  ADOPTED;

3        2. Plaintiff's motion for summary judgment is denied;

4        3. The Commissioner's cross-motion for summary judgment is granted; and,

5        4. The Clerk is directed to enter judgment in the Commissioner's favor.

6  Dated:  September 19, 2008

GARLAND E. BURRELL, JR.
United States District Judge